IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMELA J. LAMBOGLIA,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST REVENUE ASSURANCE,<br><br>        Defendant. | 2:08-cv-01780-GEB-GGH<br><br><br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

On January 20, 2009, Parties filed a Notice of Settlement in which they state "they have reached settlement of the present matter and are in the process of finalizing settlement . . ." Therefore, a dispositional document shall be filed no later than February 20, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: February 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge